UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PINEBRIDGE INVESTMENTS
PARTNERS LLC, *et uno*,

      Plaintiffs,

v.

ABDULAZIZ GEYLAN ZAPSU,

      Defendant.

No. 14-cv-6500 (RJS)
UNSEALING ORDER

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/14
```

RICHARD J. SULLIVAN, District Judge:

  IT IS HEREBY ORDERED THAT the Clerk of the Court shall unseal this case. After the case is unsealed, the parties shall docket each of their previous submissions, including letters to the Court, on ECF.

Dated:  August 22, 2014
     New York, New York

                 /s/ Richard J. Sullivan
                 RICHARD J. SULLIVAN
                 UNITED STATES DISTRICT JUDGE