IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PINEBRIDGE INVESTMENTS PARTNERS LLC and PINEBRIDGE GEM II, LTD., <br><br> Plaintiffs, <br><br> -against- <br><br> ABDÜLAZIZ GEYLAN ZAPSU, <br><br> Defendant. | Civil Action No. _____ |

## ORDER TO SHOW CAUSE TO FILE UNDER SEAL

UPON the accompanying Declaration of Nancy Chung, Esq., plaintiffs PineBridge Investments Partners LLC and PineBridge GEM II, Ltd. hereby move this Court for an Order (i) sealing the Complaint, the exhibits attached thereto, the Plaintiffs' Motion for a Preliminary Injunction and the documents and exhibits submitted therewith in the above-referenced matter and (ii) denying access to anyone except for a party or the counsel of record to any party to the case.

Dated: August 13, 2014
      New York, New York

                                            Respectfully submitted,

                                            */s/ Nancy Chung*
                                            Nancy Chung, Esq.
                                            AKIN GUMP STRAUSS HAUER & FELD LLP
                                            One Bryant Park
                                            New York, New York 10036
                                            (212) 872-1043 (telephone)